## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Conston, Inc. | Bankruptcy No. 92-217-JKF |
| Debtor(s) | Chapter 7 |
| | **Related to Doc. No. 1287, Motion for Release of Unclaimed Funds** |

### ORDER DISMISSING MOTION WITHOUT PREJUDICE

**AND NOW,** this **22nd** day of **June, 2011, WHEREAS** the above-captioned motion was not filed by an attorney;

**WHEREAS** the movant is not the alleged creditor, Barbara J. Croy, but is Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, who purports to represent the creditor;

**WHEREAS** the movant does not aver that he is an attorney at law, only an attorney in fact for Ms. Croy;

**WHEREAS** neither the Debtor nor the Chapter 7 Trustee were served with the motion;

**WHEREAS** the creditor's "Affidavit of Claim History" does not allege that she is owed funds, only that she was employed by the Debtor prepetition and that her address changed;

It is **ORDERED** that the Motion for Release of Unclaimed Funds is **DENIED without prejudice** subject to being properly filed and served.

It is **FURTHER ORDERED** that movant shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*    **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge

cc:    Brian J. Dilks, Managing Member
Dilks  Knopik, LLC
PO Box 2728
Issaquah, WA  98027

Barbara J. Croy
604 S. Court Street
Elk Point, SD  57025-2105