# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 92-00217 |
| Conston, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

Related to Doc. Nos. 1291, 1292

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Barbara J. Croy, in the amount of $773.50 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Barbara J. Croy now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $773.50, to:

    Barbara J. Croy
    604 S. Court St
    Elk Point, SD 57025-2105

Dated: October 11, 2011

                                          *Judith K. Fitzgerald*
                                          United States Bankruptcy Judge mab